Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**John D. Reed Jr.**
  Debtor(s)

Bankruptcy Case No.: 17–70647–JAD

Chapter: 13
Docket No.: 71 – 70
Concil. Conf.: April 16, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **March 6, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 23, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **April 16, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 21, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70647-JAD
John D. Reed, Jr.                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: jfur                  Page 1 of 1             Date Rcvd: Jan 21, 2020
                              Form ID: 410                Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
db             +John D. Reed, Jr.,    23 South 7th Street,    Du Bois, PA 15801-2855
14686245        Alicia Reed,    Kersey, PA 15846
14686246       +Capital Accounts,    1642 Westgate Cir Ste 20,    Brentwood, TN 37027-8195
14686249       +Holiday Financial Serv,    89 W Main St,    Ridgway, PA 15853-1633
14686250       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14686251       +Law Offices of Gregory Javardian,    Attn: Sean P. Mays, Esquire,    1310 Industrial Boulevard,
                 1st Floor, Suite 101,    Southampton, PA 18966-4030
14700389       +Northwest Bank,    PO Box 337,    Warren PA 16365-0337
14686252       +Nw Svgs Bk,    100 Liberty St Pob 788,    Warren, PA 16365-0788
14686254       +PASDU,    P.O. Box 69111,    Harrisburg, PA 17106-9111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14686244       +E-mail/Text: EBNProcessing@afni.com Jan 22 2020 03:41:37      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
14713917       +E-mail/Text: bankruptcy@consumerportfolio.com Jan 22 2020 03:41:38
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
14686247       +E-mail/Text: bankruptcy@consumerportfolio.com Jan 22 2020 03:41:38      Consumer Portfolio Svc,
                 Po Box 57071,    Irvine, CA 92619-7071
14686248       +E-mail/Text: bankruptcy.bnc@ditech.com Jan 22 2020 03:41:11      Ditech Financial,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
14737709       +E-mail/Text: bankruptcy.bnc@ditech.com Jan 22 2020 03:41:11      Ditech Financial LLC,
                 PO Box 6154,    Rapid City SD 57709-6154
14764215        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 22 2020 03:51:01
                 LVNV Funding, LLC its successors and assigns as,    assignee of FFPM Carmel Holdings I, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14686255       +E-mail/Text: Supportservices@receivablesperformance.com Jan 22 2020 03:41:53
                 Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
14686253       ##+PA Collection Service,    P.O. Box 893,    Washington, PA 15301-0893
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor John D. Reed, Jr. thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```