**Form RSC Conciliation (Reschedule Conciliation−COVID**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **John D. Reed Jr.** | : Case No. 17−70647−JAD |
| *Debtor(s)* | : |
| | : Chapter: 13 |
| | : |
| | : |
| | : |

### ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this ***The 31st of March, 2020***, due to the COVID−19 virus pandemic, the conciliation conference scheduled for 4/16/2020 is ***RESCHEDULED*** to ***6/18/20 at 10:00 AM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.***

Dated: March 31, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: Debtor
Kenneth Seitz, Esq.
Ronda J. Winnecour, Esq.

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                                  Case No. 17-70647-JAD
John D. Reed, Jr.                                                                       Chapter 13
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0315-7          User: jfur                  Page 1 of 1                   Date Rcvd: Mar 31, 2020
                              Form ID: RSCcon3            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
db             +John D. Reed, Jr.,    23 South 7th Street,    Du Bois, PA 15801-2855

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor John D. Reed, Jr. thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 4
```