# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: JOHN D. REED
- Case Number: 17-70647-JAD    Chapter: 13
- Date / Time / Room: THURSDAY, JUNE 18, 2020 10:00 AM 3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
6/25/20 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#70 - Trustee's Certificate of Default to Dismiss
#73 - Response filed
R / M #: 70 / 0

**Appearances:**

Debtor: Seitz
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

COD resolved by order