### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 17-70647-JAD |
| **John D. Reed, Jr.,** | : |
| | : Chapter 13 |
| **Debtor** | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 25th day of June, 2020, a true and correct copy of the Order dated June 24, 2020, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> GKN SINTER METALS
> 1 TOM MIX DRIVE
> DU BOIS, PA 15801
>
> JOHN D. REED, JR.
> 23 SOUTH 7TH STREET
> DU BOIS, PA 15801

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: June 25, 2020

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470