Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**John D. Reed Jr.**  :  Case No. 17−70647−JAD
*Debtor(s)*  :  Chapter: 13
: 
: 
: 
: 
: 

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 15th of March, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John D. Reed, Jr.  
    Debtor

Case No. 17-70647-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: jfur      Page 1 of 2  
Date Rcvd: Mar 15, 2021      Form ID: 309      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John D. Reed, Jr., 23 South 7th Street, Du Bois, PA 15801-2855 |
| 14686245 | | Alicia Reed, Kersey, PA 15846 |
| 14686246 | + | Capital Accounts, 1642 Westgate Cir Ste 20, Brentwood, TN 37027-8195 |
| 14737709 | + | Ditech Financial LLC, PO Box 6154, Rapid City SD 57709-6154 |
| 14686249 | + | Holiday Financial Serv, 89 W Main St, Ridgway, PA 15853-1633 |
| 14686251 | + | Law Offices of Gregory Javardian, Attn: Sean P. Mays, Esquire, 1310 Industrial Boulevard, 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14700389 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14686252 | + | Nw Svgs Bk, 100 Liberty St Pob 788, Warren, PA 16365-0788 |
| 14686253 | + | PA Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14686254 | + | PASDU, P.O. Box 69111, Harrisburg, PA 17106-9111 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14686244 | + | EDI: AFNIRECOVERY.COM | Mar 16 2021 03:38:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14713917 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 16 2021 05:48:00 | CONSUMER PORTFOLIO SERVICES, INC., P.O. BOX 57071, IRVINE, CA. 92619-7071 |
| 14686247 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 16 2021 05:48:00 | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 14686250 | + | EDI: IIC9.COM | Mar 16 2021 03:38:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14764215 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2021 05:11:17 | LVNV Funding, LLC its successors and assigns as, assignee of FFPM Carmel Holdings I, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14686255 | + | Email/Text: Supportservices@receivablesperformance.com | Mar 16 2021 05:49:00 | Receivables Performanc, 20816 44th Ave W, Lynnwood, WA 98036-7744 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| 14686248 | ##+ | Ditech Financial, P.O. Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

Case 17-70647-JAD    Doc 94    Filed 03/17/21    Entered 03/18/21 00:46:18    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-7 | User: jfur | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 15, 2021 | Form ID: 309 | Total Noticed: 16 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor John D. Reed Jr. thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4