**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOHN D. REED, JR.

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.:17-70647 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/31/2017 and confirmed on 11/16/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,429.99 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,429.99 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,330.85 | |
|   Trustee Fee | 705.59 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,036.44 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 23,529.27 | 8,166.45 | 3,227.10 | 11,393.55 |
|   Acct: 6104 | | | | |
| DITECH FINANCIAL LLC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2678 | | | | |
| | | | | 11,393.55 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOHN D. REED, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 3,619.00 | 2,330.85 | 0.00 | 0.00 |
|   Acct: | | | | |
| PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

\* \* \* N O N E \* \* \*

| 17-70647 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8663 | | | | |
| CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7474 | | | | |
| HOLIDAY FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4108 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6001 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2001 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4002 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5002 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9001 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4012 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4001 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5001 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1001 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7001 | | | | |
| NORTHWEST SAVINGS BANK** | 3,964.11 | 0.00 | 0.00 | 0.00 |
| Acct: 9209 | | | | |
| PA COLLECTION SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4321 | | | | |
| PA COLLECTION SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8079 | | | | |
| PA COLLECTION SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0861 | | | | |
| PA COLLECTION SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0854 | | | | |
| PA COLLECTION SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4268 | | | | |
| RECEIVABLES PERFORMANCE MANAGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6897 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 565.39 | 0.00 | 0.00 | 0.00 |
| Acct: 9240 | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GREGORY JAVARDIAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5352 | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                         11,393.55

TOTAL CLAIMED
PRIORITY            0.00
SECURED        23,529.27
UNSECURED       4,529.50

Date: 04/01/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com